THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER LAUFENBERG,<br><br>           Plaintiff,<br><br>    v.<br><br>GILLMAN, LLC,<br><br>           Defendant. | AT LAW AND IN ADMIRALTY<br><br>No. 2:22-cv-00805- JLR<br><br>STIPULATION AND [PROPOSED] **JLR**<br>ORDER TO EXTEND DEADLINE<br>TO JOIN ADDITIONAL PARTIES<br><br>Note on Motion Calendar: 9/20/2022 |

The parties through counsel of record hereby stipulate and agree to a forty-five day extension of the deadline for joining additional parties as set forth in this Court's Minute Order Setting Trial Dates and Related Dates at Docket 11.  This stipulation is made pursuant to LCR 7(d)(1).

The Court's Order at Docket 11 sets forth the deadline for joining additional parties as September 22, 2022. The parties respectfully request this deadline be extended to November 7, 2022 for the reasons set forth herein.

Stipulation and Order to Extend Deadline
*Laufenberg v. Gillman, LLC* /2:22-cv-00805

Recently there has been newly discovered medical evidence relating to the extent and nature of Plaintiff's alleged injuries. In addition, information relating to insurance coverage and policy limits for the vessel upon which Plaintiff was working at the time of his injury. As a consequence, Plaintiff seeks additional time to consider filing of an *in rem* action against the vessel itself, the F/V MARTIN, O.N. 565476. Nonetheless, Plaintiff does not wish to needlessly add the vessel as a party and interfere with the vessel's use, if not necessary. Defendant does not oppose this extension of time for Plaintiff to join additional parties.

Accordingly, the parties stipulate to a forty-five day extension of time to join additional parties and request modification of the Court's Minute Order at Docket 11. A proposed order is filed herewith.

|  |  |
|---|---|
|  | TRUEB & BEARD, LLC<br>Attorneys for Plaintiff |
| DATED:   9/20/2022 | By: /s James M. Beard<br>James M. Beard, WSB 13418<br>330 L Street, Suite 101<br>Anchorage, AK 99501<br>Phone: (907) 277-0161<br>Fax: (907) 277-0164<br>Email: beard@seattlemaritimeclaims.com |
|  | LE GROS BUCHANAN & PAUL<br>Attorneys for Defendant |
| DATED:   9/20/2022 | By: s/ Markus B.G. Oberg<br>Markus B.G. Oberg, WSBA #34914<br>4025 Delridge Way SW, Suite 500<br>Seattle, WA  98106<br>Phone: 206-623-4990<br>Email: moberg@legros.com |

Stipulation and Order to Extend Deadline
*Laufenberg v. Gillman, LLC* /2:22-cv-00805

**ORDER**

The Parties stipulation to extend the deadline 45 days to join additional parties is allowed and IT IS SO ORDERED.

Dated this <u>21st</u> day of September, 2022.

<u>                                        </u>
UNITED STATES DISTRICT JUDGE

Presented By:
<u>s/ James M. Beard         </u>
James M. Beard, WSB 13418

CERTIFICATE OF SERVICE
I hereby certify that on September 20, 2022, a copy of the foregoing document was served electronically on the following:

Markus B.G. Oberg
Abigail N. Yadav,
4025 Delridge Way SW, Suite 500
Seattle, WA  98106
Email: moberg@legros.com
Email: ayadav@legros.com

By: <u>/s James M. Beard          </u>

Stipulation and Order to Extend Deadline
*Laufenberg v. Gillman, LLC* /2:22-cv-00805