THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PETER LAUFENBERG,<br><br>     Plaintiff,<br><br>     v.<br><br>GILLMAN, LLC,<br><br>     Defendant. | Case No. 2:22-cv-00805-JLR<br><br>AT LAW AND AT ADMIRALTY<br><br>STIPULATION AND [~~PROPOSED~~] **JLR**<br>ORDER OF DISMISSAL WITH<br>PREJUDICE |

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Peter Laufenberg ("Plaintiff") and Defendant Gillman, LLC ("Defendant") hereby stipulate to the entry of an Order of Dismissal, with prejudice and without costs to either party, for the reason that the parties have reached a full and final settlement of this matter.

//

//

//

1   DATED this 31st day of October, 2022.

2

3   LE GROS BUCHANAN & PAUL           TRUEB & BEARD, LLC

4

5   By: *s/Markus B.G. Oberg*          By: *s/Lanning M. Trueb (via email authorization)*
    Markus B.G. Oberg, WSBA #34914     Lanning M. Trueb, WSBA # 31389
    4025 Delridge Way SW, Suite 500    330 L Street
6   Seattle, Washington 98106          Anchorage, AK  99501
    Phone:        206.623.4990         Phone: (907) 277-0161
7   Fax:    206.467.4828               Fax:    (907) 277-0164
    Email: moberg@legros.com           Email: lmtrueb@msn.com
8   Attorneys for Defendant Gillman, LLC   Attorneys for Plaintiff Peter Laufenberg

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL
WITH PREJUDICE – Page 2
(Case No. 2:22-cv-00805-JLR)

**[PROPOSED] ORDER**

IT IS ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE and without any award of fees or costs to any party.

DATED THIS 31st day of October, 2022.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

LE GROS BUCHANAN & PAUL

By: *s/ Markus B.G. Oberg*
Markus B.G. Oberg, WSBA #34914
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106
Telephone:   206-623-4990
Facsimile:   206-467-4828
Email:   moberg@legros.com

*Attorneys for Defendant*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE – Page 3
(Case No. 2:22-cv-00805-JLR)